| | |
|---|---|
| 1 | ROBERT C. BOWMAN, JR. (SBN 232388) |
| 2 | Robert@bowmanandassoc.com |
|   | LAW OFFICES OF BOWMAN & ASSOCIATES |
| 3 | 3230 Ramos Circle |
|   | Sacramento, CA 95827 |
| 4 | Tel.: (916) 923-2800 |
| 5 | Fax: (916) 923-2828 |
ROBERT C. BOWMAN, JR. (SBN 232388)
Robert@bowmanandassoc.com
LAW OFFICES OF BOWMAN & ASSOCIATES
3230 Ramos Circle
Sacramento, CA 95827
Tel.: (916) 923-2800
Fax: (916) 923-2828

Attorney for Plaintiff
PETER TENERELLI

JONATHAN A. KLEIN (SBN 162071)
jaklein@khiplaw.com
SWETA H. PATEL (SBN 247115)
spatel@khiplaw.com
ANNE F. MARCHANT (SBN 154356)
amarchant@khiplaw.com
KLEIN, HOCKEL, IEZZA & PATEL P.C.
455 Market Street, Suite 1480
San Francisco, CA 94105
Tel.: (415) 951-0535
Fax: (415) 391-7808

Attorneys for Defendant
RITE AID HDQTRS. CORP. (erroneously sued as RITE AID CORPORATION)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER TENERELLI, an individual, | Case No.: 2:17-CV-01011-JAM-EFB |
| Plaintiff, | **JOINT STIPULATIONS WITH RESPECT TO DEFENDANT'S MOTION TO COMPEL; REQUEST FOR TELEPHONIC CONFERENCE WITH MAGISTRATE JUDGE; AND** ~~**PROPOSED**~~ **ORDER** |
| vs. | |
| RITE AID CORPORATION; and DOES 1 through 100, inclusive, | |
| Defendants. | Hearing Date: August 22, 2018<br>Time: 10:00 a.m.<br>Courtroom: 8 |

JOINT STIPULATIONS WITH RESPECT TO DEFENDANT'S MOTION TO COMPEL; REQUEST FOR TELEPHONIC CONFERENCE WITH MAGISTRATE JUDGE; AND ~~PROPOSED~~ ORDER

On July 6, 2018, defendant Rite Aid Hdqtrs. Corp. ("Rite Aid"), filed a discovery motion seeking an order compelling plaintiff Peter Tenerelli ("Plaintiff") to search for and produce all relevant and requested documents in his possession, custody or control, including electronically stored information and data; compelling Plaintiff to produce the <u>original</u> documents requested in the Amended Notice of Second Day of Deposition of Plaintiff Peter Tenerelli and Request for Production of Documents at Deposition; compelling Plaintiff to respond only to the specific questions asked of him at deposition; ordering Plaintiff's counsel to limit his objections as required by Rule 30(c)(2); ordering Plaintiff's counsel to wear his microphone during all videotaped depositions in this matter; and ordering sanctions against Plaintiff and his counsel for impeding and prolonging discovery in this matter.

The parties have met and conferred in an effort to resolve their differences, and are pleased to report the following stipulations:

1. Plaintiff's counsel has instructed Plaintiff regarding his discovery obligations under the Federal Rules of Civil Procedure and Plaintiff has searched his files, computers, thumb drives and family member's computers and has agreed to produce all Rite Aid documents and documents relevant to this action, including electronically stored information, emails and data, not previously produced in this matter. Plaintiff has executed a declaration indicating that he has conducted a thorough search of all of his files, computers, drives, etc. and has agreed to provide a further declaration confirming that he has produced to Rite Aid everything related to this case in his possession, custody or control. A true and correct copy of Mr. Tenerelli's July 17, 2018 Declaration is attached hereto as Exhibit A.

2. On July 12, 2018 and July 18, 2018, Plaintiff produced to Rite Aid the original documents requested in the Amended Notice of Second Day of Deposition of Plaintiff Peter Tenerelli and Request for Production of Documents at Deposition.

3. With respect to the request for an order compelling Plaintiff to respond to the specific questions asked of him at deposition, the parties seek a telephonic conference call between Magistrate Judge Edmund Brennan, Plaintiff Peter Tenerelli, counsel Robert Bowman for Plaintiff, and Jonathan Allan Klein for Rite Aid.

4. Defendant, without the agreement of Plaintiff and his counsel, wishes the Court to be informed that Mr. Klein repeatedly instructed Plaintiff during his March 5, 2018 deposition and May 21, 2018 deposition of the necessity to answer only the questions asked and not provide a non-responsive narrative, Plaintiff repeatedly evaded or ignored this instruction. Examples of this conduct are reflected in the following portions of Plaintiff's depositions: 36:3-42:8; 47:19-48:8; 54:22-60:19; 125:7-126:4; 130:21-132:3; 134:1-135:8; 155:5-156:9; 159:20-160:9; 163:10-24; 213:3-215:8; 291:17-292:10. Electronic copies of the deposition transcripts will be emailed to the Magistrate Judge and all counsel, as set forth in Local Rule 133(j). Defendant believes that this information is relevant to the disputed discovery issues, will assist the Magistrate Judge to understand the issues, and assist the parties to streamline the deposition process.

5. Both Mr. Bowman and Mr. Klein ask that Magistrate Judge Brennan speak with Plaintiff Tenerelli via telephone to provide instruction to Plaintiff that he is to respond to the questions asked during his deposition and that he must respond only to the question posed and not include non-responsive narrative testimony. In order to ensure that Plaintiff Tenerelli complies with these instructions moving forward at the third session of his deposition, Rite Aid requests that the Magistrate Judge instruct Plaintiff Tenerelli that if he fails to comply with the instructions, he <u>will</u> face sanctions and Mr. Bowman requests that the Magistrate Judge instruct Plaintiff Tenerelli that if he fails to comply with the instructions, he <u>may</u> face sanctions. The parties seek the Magistrate Judge's suggestions as to mechanisms to ensure that the Plaintiff Tenerelli follows the

court's instructions during his subsequent deposition testimony, such as the use of a discovery referee during the deposition, to be paid for by Plaintiff, if he fails to comply with the court's order to respond to the questions asked and to refrain from responding with non-responsive narrative.

6. Counsel agree to limit their objections during depositions as set forth in Rule 30(c)(2).

7. Counsel agree to use a microphone at all videotaped depositions in this matter.

8. Counsel agree to cooperate to set a mutually convenient date and time for the deposition of Mr. Tenerelli, which shall be held at a location within 100 miles of the courthouse.

9. Counsel will coordinate with the court clerk to determine a mutually convenient time for the conference call referenced in Paragraphs 3 and 5.

Based on the forgoing stipulation, Rite Aid will withdraw the pending motion to compel upon Plaintiff's participation in the above-referenced conference call.

DATED: August 14, 2018   LAW OFFICES OF BOWMAN & ASSOCIATES

/s/ Robert C. Bowman Jr.
_____
ROBERT C. BOWMAN JR.
Attorney for Plaintiff
PETER TENERELLI

DATED: August 14, 2018   KLEIN, HOCKEL, IEZZA & PATEL P.C.

/s/ Anne F. Marchant
_____
JONATHAN ALLAN KLEIN
SWETA H. PATEL
ANNE F. MARCHANT
Attorneys for Defendant
RITE AID HDQTRS. CORP.

**ORDER**

Having read the above joint stipulations regarding discovery dispute, and good cause appearing, it is hereby ordered that the above stipulations are adopted and all parties must comply with the stipulations as set forth herein. Counsel Robert Bowman, counsel Jonathan Allan Klein, and Plaintiff Peter Tenerelli shall participate in a telephonic conference call with the undersigned on August 22, 2018 at 10:00 a.m. All participants shall connect to the conference system no later than 10:00 a.m. by calling (888) 808-6929, using access code 8238380 plus # and security code 4223 plus #. Further, the August 22, 2018 hearing on defendant's motion to compel (ECF No. 10) is vacated.

IT IS SO ORDERED.

Dated: August 14, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE