ROBERT C. BOWMAN, JR. (SBN 232388)
Robert@bowmanandassoc.com
LAURA REICH (SBN: 289115)
lreich@bowmanandassoc.com
LAW OFFICES OF BOWMAN & ASSOCIATES
3230 Ramos Circle
Sacramento, CA 95827
Tel.: (916) 923-2800
Fax: (916) 923-2828

Attorney for Plaintiff
PETER TENERELLI

JONATHAN ALLAN KLEIN (SBN 162071)
jaklein@khiplaw.com
SWETA H. PATEL (SBN 247115)
spatel@khiplaw.com
ANNE F. MARCHANT (SBN 154356)
amarchant@khiplaw.com
KLEIN, HOCKEL, IEZZA & PATEL P.C.
455 Market Street, Suite 1480
San Francisco, CA 94105
Tel.: (415) 951-0535
Fax: (415) 391-7808

Attorneys for Defendant
RITE AID HDQTRS. CORP. (erroneously sued as RITE AID CORPORATION)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER TENERELLI, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> RITE AID CORPORATION; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: 2:17-CV-01011-JAM-EFB <br><br> **JOINT NOTICE OF SETTLEMENT WITH RESPECT TO ATTORNEYS' FEES AND COSTS; REQUEST FOR SETTLEMENT ORDER OF DISMISSAL; AND SETTLEMENT ORDER OF DISMISSAL UPON THE MERITS WITH RESERVATION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT AS TO ATTORNEYS' FEES AND COSTS** <br><br> FRCP, Rule 41 |

| | | |
|---|---|---|
| 1 | **NOTICE IS HEREBY GIVEN TO THE COURT** that following the Court's Order | |

1     **NOTICE IS HEREBY GIVEN TO THE COURT** that following the Court's Order Granting Defendant's Motion for Summary Judgment (EFC No. 21) and Judgment (ECF No. 22), the Parties hereto have reached a settlement with respect to Defendant's recovery of costs and attorneys' fees from Plaintiff. Accordingly, the Parties ask that the Court order this matter dismissed upon the merits, and that the Court retain jurisdiction to enforce the terms of the Parties' Settlement Agreement if Plaintiff fails to comply with the settlement terms and pay the agreed-upon attorneys' fees and costs to Defendant.

DATED: May 7, 2019     LAW OFFICES OF BOWMAN & ASSOCIATES

                                       /s/ Robert C. Bowman Jr.
                                       ROBERT C. BOWMAN JR.
                                       Attorney for Plaintiff
                                       PETER TENERELLI

DATED: May 7, 2019     KLEIN, HOCKEL, IEZZA & PATEL P.C.

                                       /s/ Jonathan Allan Klein
                                       JONATHAN ALLAN KLEIN
                                       SWETA H. PATEL
                                       ANNE F. MARCHANT
                                       Attorneys for Defendant
                                       RITE AID HDQTRS. CORP.

    **IT IS HEREBY ORDERED** that this matter is dismissed upon the merits. The Court retains jurisdiction for 60 days to enforce the terms of the Parties' Settlement Agreement if Plaintiff fails to comply with the settlement terms and pay the agreed-upon attorneys' fees and costs to Defendant.

DATED: 5/7/2019

                                   /s/ John A. Mendez_____
                                   JOHN A. MENDEZ,
                                   UNITED STATES DISTRICT COURT JUDGE